Opinion issued May 24, 2007











 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00091-CR

____________


SEAN PATRICK DOMINY, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 339th District Court 

Harris County, Texas

Trial Court Cause No. 1041910






MEMORANDUM OPINION

 On April 16, 2007, appellant, Sean Patrick Dominy, filed a motion to dismiss
the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Keyes and Higley.

Do not publish. Tex. R. App. P. 47.2(b).